IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL M. HEATH | : CIVIL ACTION |
| | : |
| v. | : NO. 24-1090 |
| | : |
| PDP COMMISSIONER, MEDICAL | : |
| DIRECTOR, PAROLE CHARIMAN | : |

## ORDER

**AND NOW**, this 16th day of April, 2024, upon considering Darrel M. Heath's Motion to Proceed *In Forma Pauperis* (ECF No. 4) and Complaint (ECF No. 1), it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF No. 4) is **GRANTED**.

2. The Complaint (ECF No. 1) is **DEEMED** filed; and,

3. The Clerk of Court shall **NOT ISSUE SUMMONS[ES]** subject to further Order after our screening of the Complaint (ECF No. 1) under 28 U.S.C. § 1915.

_____
KEARNEY, J.